# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **DERRIC HOBBS**, *individually and as dependent administrator of the estate of Carrie B. Rodriguez and as joint managing conservator and next friend of M.R., a Minor,* and **RUBICELIA PITA RODRIGUEZ** and **GILBERTO VALENCIA CAPORAL**, *individually and as joint managing conservators and next friends of R.R., a Minor,* <br> *Plaintiffs* <br><br> **v.** <br><br> **STATE FARM LLOYDS,** <br> *Defendant* | §§§§§§§§§§§§§§§ | **Case No. 1:24-cv-01027-SH** |

## FINAL JUDGMENT

On this day, the Court granted Defendant State Farm Lloyds' ("State Farm") Motion for Summary Judgment.

Accordingly, the Court enters **FINAL JUDGMENT** in favor of State Farm. Pursuant to Federal Rule of Civil Procedure 54(d), the Court awards costs to State Farm as the prevailing party as provided in 28 U.S.C. § 1920.

The Court **FURTHER ORDERS** that all settings are **CANCELED** and the case is **CLOSED**.

**SIGNED** on March 26, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1